## SECOND DISTRICT.

The People of the State of Illinois, defendant in error, v. Eugene Perry, plaintiff in error. Gen. No. 7,182.

Information for wife abandonment. Fine of $500 and order to pay $25 a month for one year. Error to the County Court of Boone county; the Hon. William C. DeWolf, Judge, presiding. Heard in this court at the April term, 1923. Reversed and remanded. Opinion filed January 7, 1924.

Alexander J. Strom, for plaintiff in error. F. A. Oakley, for defendant in error.

Mr. Presiding Justice Partlow delivered the opinion of the court.

H. F. Mueller, plaintiff in error, v. John Rauhut, defendant in error. Gen. No. 7,193.

Suit for commissions for sale of real estate. Error to the Circuit Court of Boone county; the Hon. Robert K. Welsh, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed January 7, 1924.

J. F. Casey and W. C. DeWolf, for plaintiff in error. William L. Pierce for defendant in error.

Mr. Presiding Justice Partlow delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Clare Holman, plaintiff in error. Gen. No. 7,256.

Indictment against two defendants for owning and operating a still. Judgment against both appeal by one defendant. Judgment reversed and case remanded for wrong instructions. Error to the Circuit Court of Carroll county; the Hon. Franklin J. Stransky, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed January 7, 1924.

John L. Brearton, for plaintiff in error. John B. Connell, State's Attorney, for defendant in error.

Mr. Presiding Justice Partlow delivered the opinion of the court.

George Sayer, appellant, v. Fred Schmidt, appellee. Gen. No. 7,259.

Assumpsit for $250 for rent for ice house. Judgment for defendant for $65 under plea of set-off. Appeal from the Circuit Court of McHenry county; the Hon. E. D. Shurtleff, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed January 7, 1924.

V. S. Lumley, for appellant. Joslyn & Joslyn, for appellee.

Mr. Presiding Justice Partlow delivered the opinion of the court.